Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Victoria Rose-Coccia          **Case Number:**  1:19CR10472

**Name of Sentencing Judicial Officer:** The Honorable William E. Smith, Chief U.S. District Judge for the District of Rhode Island

**Date of Original Sentence:** June 25, 2018

**Name of Assigned Judicial Officer:** Denise J. Casper, United States District Judge

**Original Offense:** Conspiracy to Distribute and Possess with Intent to Distribute a Mixture Containing a Detectable Amount of Oxycodone, in violation of 21 U.S.C. §846

**Original Sentence:** 24 Months of Custody followed by 36 Months of Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** December 4, 2019

---

On June 25, 2018, Ms. Victoria Rose-Coccia was sentenced in the District of Rhode Island by The Honorable William E. Smith, Chief U.S. District Judge to 24 months Bureau of Prisons followed by three years of Supervised Release.

Ms. Rose-Coccia was released from the Bureau of Prisons on December 4, 2019.   As she resides in the District of Massachusetts, jurisdiction was transferred from the District of Rhode Island and accepted by this Court on December 13, 2019.

## NON-COMPLIANCE SUMMARY

**Violation Number**        **Nature of Noncompliance**

I.        **Violation of Mandatory Condition: The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

As this Court is aware, on 9/30/2020, Ms. Rose-Coccia submitted a urine sample which tested positive for fentanyl. Ms. Rose-Coccia adamantly denied the use of any illicit substances.   As such, the sample was sent to the National Laboratory which confirmed the presence of fentanyl in her urine.

On 10/28/2020, Ms. Rose-Coccia again submitted a urine sample which tested positive for fentanyl.   Initially Ms. Rose-Coccia denied use and then admitted to using fentanyl.

U.S. Probation Officer Action:

In response to the above positive drug tests, U.S. Probation offered Ms. Rose-Coccia placement at an inpatient drug treatment program.   However, she adamantly denied the need for same. Following Ms. Rose-Coccia's second positive drug test, she did participate in an intake at the Discovery House but declined medication assisted treatment, as it was suggested that she would be a better candidate for group and/or individual counseling. As such, Ms. Rose-Coccia is scheduled for an intake at AdCare, where she will be evaluated for outpatient group and individual treatment. As the Court is aware, Ms. Rose-Coccia is also presently engaged in Moral Recognition Therapy (MRT) on a weekly basis.

Ms. Rose-Coccia submitted drug tests on November 3, 2020 and November 12, 2020, both of which were negative for illegal substances. In light of Ms. Rose Coccia's willingness to engage in substance use treatment, U.S. Probation is not requesting any Court intervention at this time.   U.S. Probation will continue to monitor Ms. Rose-Coccia's sobriety closely and will notify the Court of any additional positive drug tests or any other noncompliance.

If Your Honor agrees with this recommendation, please indicate so below.

Reviewed/Approved by:                                              Respectfully submitted,

*/s/ Christopher P. Moriarty*                                      */s/ Gina P Affsa*
Christopher P. Moriarty                                            by  Gina P Affsa
Supervision U.S. Probation Officer                                 U.S. Probation Officer
                                                                   Date:  11/25/2020

[ X ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

                                                    _____
                                                    Denise J. Casper
                                                    U.S. District Judge

                                                     November 30, 2020
                                                    Date